# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MICHAEL J. DAVID & MONICA B. DAVID  
1296 MASON STREET  
DEKALB, IL 60115  

SSN-xxx-xx-4710 & xxx-xx-4773

Case Number: 04-72413

Case filed on: 5/6/2004  
Plan Confirmed on: 7/9/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $70,696.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | LIBERTY SAVINGS BANK FSB | 0.00 | 0.00 | 45,283.51 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 45,283.51 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANSIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 012 | MANAGEMENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MICHAEL J. DAVID | 0.00 | 0.00 | 945.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 945.00 | 0.00 |
| 002 | LIBERTY SAVINGS BANK FSB | 1,246.36 | 1,246.36 | 1,246.36 | 0.00 |
|  | Total Secured | 1,246.36 | 1,246.36 | 1,246.36 | 0.00 |
| 003 | FRENCH QUARTER RESORT | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | RESURGENT CAPITAL SERVICES | 15,035.35 | 15,035.35 | 6,026.33 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 13,664.32 | 13,664.32 | 5,476.80 | 0.00 |
| 006 | CLARK RETAIL ENTERPRISES INC | 138.75 | 138.75 | 55.61 | 0.00 |
| 007 | DEKALB CLINIC CHARTERED | 607.72 | 607.72 | 243.58 | 0.00 |
| 008 | DISCOVER FINANCIAL SERVICES | 10,441.97 | 10,441.97 | 4,185.25 | 0.00 |
| 009 | CREDITORS BANKRUPTCY SERVICE | 1,041.02 | 1,041.02 | 417.25 | 0.00 |
| 010 | EXXON MOBIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 6,199.69 | 6,199.69 | 2,484.90 | 0.00 |
| 013 | FIA CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 47,128.82 | 47,128.82 | 18,889.72 | 0.00 |
|  | Grand Total: | 51,075.18 | 51,075.18 | 69,064.59 | 0.00 |

Total Paid Claimant:      $69,064.59  
Trustee Allowance:        $1,631.41  
Percent Paid Unsecured:   40.08

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 11/30/2007           By  /s/Heather M. Fagan